IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TIFFANY CHABOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 321-053 |
| | ) | |
| MOTEL 6 OPERATING, LP; | ) | |
| G6 HOSPITALITY LLC; | ) | |
| G6 HOSPITALITY PROPERTY LLC; | ) | |
| HWY 441 GROUP, LLC; | ) | |
| ONITY, INC.; and | ) | |
| JAYABLE MOTEL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 10 day of December, 2021, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE